PS8 HIPS-SUP-L-PETITN-01 (12.05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at __4__ o'clock and ____ min. __ M
SUE BEITIA, CLERK

U.S.A. vs. ALBERT POWELL, III                   CRIMINAL NO. 03-00495DAE-06

Petition for Action on Conditions of Pretrial Release

COMES NOW ANTHONY L. BARRY, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant ALBERT POWELL III, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 23, 2003. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT

Respectfully presenting petition for action of Court and for cause as follows:

   The defendant has violated the conditions of pretrial release by:

   On October 28, 2005, the defendant traveled to the District of Hawaii without proper authorization, in violation of Special Condition No. 4.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this 12th day of January, 2006 and ordered filed and made a part of the records in the above case.

_____
LESLIE E. KOBAYASHI
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2006

_____
ANTHONY L. BARRY
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii