# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:** CR03-00495DAE

**CASE NAME:** USA v. (06) Albert Powell, III

**ATTYS FOR PLA:** Chris Thomas

**ATTYS FOR DEFT:** (06) Suzanne Terada

**INTERPRETER:**

---

**JUDGE:** Kevin S. C. Chang    **REPORTER:** FTR C5

**DATE:** 2/6/2006    **TIME:** 10:50:52-10:58:07am

---

**COURT ACTION:** EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked - defendant present, not in custody.

Defendant admits to the violation.

Defendant admonished by the court.

Court will take no action as to the Order to Show Cause

Government orally requests for forfeiture of the $3,000 cash bail.  Defendant objects and court will taken no action on said request.  Defendant again admonished by the court.

Submitted by: Shari Afuso, Courtroom Manager