AO 83 (Rev. 12/85) Summons in a Criminal Case                        CR 03-00495 DAE 06

## RETURN OF SERVICE

Service as made by me on:[1]                                    Date  2/6/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 300 Ala Moana Blvd Honolulu Hi 96850

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  2/6/06                                    Mark M. Hanohano
             Date                                      Name of United States Marshal

                                                       _____
                                                       (by) Deputy United States Marshal

Remarks:   FILED IN THE
           UNITED STATES DISTRICT COURT
           DISTRICT OF HAWAII

           FEB 06 2006
           at 3 o'clock and 40 min. P M
           SUE BEITIA, CLERK

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

AO 83 (Rev. 12/85) Summons in a Criminal Case                ORIGINAL  2/6

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 03-00495 DAE 06 |
| ALBERT POWELL, III<br>(Name and Address of Defendant) | |

*Tim: Serve in Courtroom!*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br><br>AS DESIGNATED |
|---|---|
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>2/6/06 @ 10:30 a.m., KSC |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why Pretrial Release Should Not Be Revoked.

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

1/20/06
Date

RECEIVED 2006 JAN 23 AM 11:37 U.S. MARSHALS SERVICE HONOLULU, HI.