EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:    (808) 541-2850
Facsimile:    (808) 541-2958
e-mail:       Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00066 DAE |
| | ) | 03-00495-06 DAE |
| Plaintiff, | ) | |
| vs. | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE UNITED |
| ALBERT POWELL, III, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| | ) | Hearing: February 7, 2006 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Honorable Kevin S. C. Chang |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea.  I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 7, 2006, Honolulu, Hawaii.

_____
ALBERT POWELL, III.

_____
SUZANNE TERADA, ESQ.
Attorney for Defendant

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney