SUZANNE T. TERADA #2797
American Savings Bank Tower
1001 Bishop Street, Suite 1510
Honolulu, Hawaii 96813
Telephone: (808)533-0011

Attorney for Defendant
ALBERT POWELL, III

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at _____ o'clock and ____ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00495-06 DAE |
| | ) | |
| Plaintiff, | ) | **DEFENDANT ALBERT POWELL, III'S WITHDRAWAL OF MOTION IN LIMINE 1), 2), 3), 4), 5), AND 6) FILED HEREIN ON MARCH 9, 2004; CERTIFICATE OF SERVICE** |
| vs. | ) | |
| ALBERT POWELL, III,      (06) | ) | |
| Defendant. | ) | DATE:     July 25, 2006<br>TIME:     9:00 a.m.<br>JUDGE:   DAVID A. EZRA |

**DEFENDANT ALBERT POWELL, III'S  WITHDRAWAL OF MOTION
IN LIMINE 1), 2), 3), 4), 5), AND 6) FILED HEREIN ON MARCH 9, 2004**

Comes now Defendant ALBERT POWELL, III, by and through his attorney undersigned, and hereby withdraws his Motion in Limine 1), 2), 3), 4), 5), and 6) filed herein on March 9, 2004.

DATED: Honolulu, Hawaii  February 21, 2006

SUZANNE T. TERADA
Attorney for Defendant
ALBERT POWELL, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00495-06 DAE |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| ALBERT POWELL, III,    (06) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was duly served upon the parties identified below by way of U.S. Mail on upon the date of the filing of the same.

CHRIS THOMAS
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

ARNOLD T. PHILLIPS, III
1188 Bishop St., Suite 3003
Honolulu, Hawaii 96813

Attorney for Defendant
JASON MAXWELL

STEVEN M. SHAW
P.O. Box 2353
Honolulu, Hawaii 96804

Attorney for Defendant
COREY MANELY

DANIEL T. PAGLIARINI
700 Richards St., Suite 2002
Honolulu, Hawaii 96813

Attorney for Defendant
WILLIAM TOTTEN

DANA S. ISHIBASHI
4 South King St., Suite 201
Honolulu, Hawaii 96813

Attorney for Defendant
PHILLIP NASH

ALVIN K. NISHIMURA
1164 Bishop St., Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
VINCENT FURTADO

| | |
|---|---|
| DARWIN L.D. CHING | SAMUEL P. KING, JR. |
| 1001 Bishop St., ASB Tower #1008 | 735 Bishop St., Suite 304 |
| Honolulu, Hawaii 96813 | Honolulu, Hawaii 96813 |
| | |
| Attorney for Defendant | Attorney for Defendant |
| BENJAMIN KAINA | CHERI ANN KAINA |

DATED: Honolulu, Hawaii, _February 21, 2006_ .

_/s/ Suzanne T. Terada_
SUZANNE T. TERADA