# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR03-00495DAE |
| | CR06-00066DAE |
| CASE NAME: | USA v. Albert Powell, III |
| | USA v. Albert Powell, III |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Suzanne Terada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 03/05/2008 | TIME: | 2:35-2:45pm |

COURT ACTION:  EP: Status Conference.  Status Conference held regarding defendant's 2/19/08 letter to the court.  Sentence reset to 5/27/08 at 2:15pm before Judge Ezra.

Submitted by: Shari Afuso, Courtroom Manager