SUZANNE T. TERADA #2797
888 Mililani Street, Suite 300
Honolulu, Hawaii 96813
Telephone: (808)533-0011

Attorney for Defendant
ALBERT POWELL, III



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00495-06 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF HEARING ON MOTION;** |
| | ) | **SUZANNE T. TERADA'S MOTION TO** |
| vs. | ) | **WITHDRAW AS COUNSEL FOR** |
| | ) | **DEFENDANT ALBERT POWELL, III;** |
| ALBERT POWELL, III,    (06) | ) | **DECLARATION OF COUNSEL;** |
| | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |
| | ) | DATE: |
| | ) | TIME: |
| | ) | JUDGE: |

**NOTICE OF HEARING ON MOTION**

TO:   CHRIS THOMAS                              ALBERT POWELL, III
      300 Ala Moana Blvd., Rm. 6-100            #90901022
      Honolulu, Hawaii 96850                    P.O. Box 6000
                                                Florence, Colorado 81226-6000
      Attorney for Plaintiff
      UNITED STATES OF AMERICA                  Defendant

YOU ARE HEREBY NOTIFIED that Suzanne T. Terada's Motion to Withdraw as Counsel for Defendant Albert Powell, III will be heard before the Honorable_____ United States Magistrate, in his courtroom in the United States Courthouse, Honolulu, Hawaii, on _____, at _____ o'clock ____.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, March 18, 2008

                                                                           _____
                                                                           SUZANNE T. TERADA
                                                                           Attorney for Defendant
                                                                           ALBERT POWELL, III

<u>U.S.A vs. Powell;</u> Cr. No.03-00495-06 DAE: Notice of Hearing on Motion

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00495-06 DAE |
| Plaintiff, | ) ) | **SUZANNE T. TERADA'S MOTION TO WITHDRAW AS COUNSEL FOR** |
| vs. | ) ) | **DEFENDANT ALBERT POWELL, III** |
| ALBERT POWELL, III,    (06) | ) ) | |
| Defendant. | ) ) ) | |

**SUZANNE T. TERADA'S MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT ALBERT POWELL**

COMES NOW, SUZANNE T. TERADA, panel attorney for Defendant ALBERT POWELL, III, and respectfully moves this Honorable Court for an Order Granting Suzanne T. Terada's Motion to Withdraw as Counsel for Defendant Albert Powell, III in the above-entitled action.

This Motion is made pursuant to Rules 110-7 and 312 of the Rules of the U.S. District Court for the District of Hawaii, Disciplinary Rules 2-110 (b), 2-110 (c)(1)(c), 2-110 (c)(1)(d), the attached Affidavit of Counsel and the records and files herein.

DATED: Honolulu, Hawaii, _March 17, 2008_.

_____
SUZANNE T. TERADA
Attorney for Defendant
ALBERT POWELL, III