IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO.   03-00495-06 DAE |
| )  | |
| Plaintiff,   ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs.   ) | |
| ) | |
| ALBERT POWELL, III,   (06)   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| _____) | |

**DECLARATION OF COUNSEL**

I, Suzanne T. Terada, hereby declare as follows:

1) That your Declarant is an attorney licensed to practice law in all Courts in the State of Hawaii;

2) That your Declarant was appointed counsel for Defendant Albert Powell in the above-captioned federal criminal matter on October 20, 2003;

3) Your Declarant makes this declaration upon personal knowledge except and unless stated to be upon information and belief;

4) Declarant has been terminated as counsel by Defendant Albert Powell, III;

5) Your Declarant submits that continued representation now is not tenable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Honolulu, Hawaii, _March 17, 2008_

_____
SUZANNE T. TERADA

U.S.A. vs. Powell; CR. No. 03-00495-06 DAE
Declaration of Counsel