IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-06 DAE |
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| ALBERT POWELL, III,    (06) | ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing will be duly served upon the parties identified below by way of U.S. Mail upon the date of the filing of the same.

TO:  CHRIS THOMAS
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

ALBERT POWELL, III
#90901022
P.O. Box 6000
Florence, Colorado 81226-6000

Defendant

DATED: Honolulu, Hawaii, _March 19, 2008_.

_____
SUZANNE T. TERADA