# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR03-00495DAE |
| | CR06-00066DAE |
| CASE NAME: | USA v. Albert Powell, III |
| | USA v. Albert Powell, III |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Suzanne Terada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/31/2008 | TIME: | 10:44-10:46:27am |

COURT ACTION:  EP: Suzanne T. Terada's Motion to Withdraw as Counsel for Defendant Albert Powell, III - defendant not present.

The court attempted to contact defendant Powell by phone with the number provided by Mr. Thomas but was unable to speak with anyone at the federal facility.

Government has no objection to the Motion.

Motion granted.  Court to appoint new CJA counsel for defendant.  Ms. Terada to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager