ORIGINAL

BARRY D. EDWARDS   4509
P. O. Box 6599
Kaneohe, HI 96744
Telephone (808) 239-6976
Fax (808) 239-6977
Mobile (808) 220-4660
e-mail: barrydedwards@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Attorney for Defendant
ALBERT POWELL, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. Nos. 03-00495 & 06-00066 DAE |
| Plaintiff, | ) DEFENDANT'S POSITION |
| | ) STATEMENT REGARDING |
| vs. | ) CONTINUED SENTENCING TO |
| | ) JUNE 30, 2008; CERTIFICATE OF |
| ALBERT POWELL, III, | ) SERVICE |
| Defendant. | ) |

DEFENDANT'S POSITION STATEMENT

Defendant, ALBERT POWELL, III, by his appointed counsel,

acknowledges that the United States Marshal Service received the paperwork

requesting defendant's return for sentencing on about May 2, 2008, and that the

Marshal Service's personnel do not have adequate time to obtain defendant's

appearance at the sentencing hearing previously set for May 27, 2008.

Based upon this development, defendant does not oppose continuing the sentencing to June 30, 2008.

DATED: Honolulu, Hawaii, May 9, 2008.

Barry D. Edwards, attorney for
ALBERT POWELL, III

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document is being served today by fax, and on the date of filing by hand delivery, to the following parties at the following addresses:

Chris A. Thomas, Esq.
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850
*By Fax: 541-2958*

Ms. Ellie Asasaki
Supervising U. S. Probation Officer
PJKK Federal Building, Second Floor
300 Ala Moana Blvd.
Honolulu, HI 96850
*By Fax: 541-2110*

DATED: Honolulu, Hawaii, May 9, 2008

_____
Barry D. Edwards