BARRY D. EDWARDS   4509
P. O. Box 6599
Kaneohe, HI 96744
Telephone (808) 239-6976
Fax (808) 239-6977
Mobile (808) 220-4660
e-mail: barrydedwards@gmail.com

Attorney for Defendant
ALBERT POWELL, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT POWELL, III,<br><br>Defendant. | Cr. Nos. 03-00495 & 06-00066 DAE<br><br>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER |

DEFENDANT'S POSITION STATEMENT

Defendant, ALBERT POWELL, III, by his appointed counsel, and the United States of America, by Assistant U. S. Attorney Chris A. Thomas, in acknowledgment that the United States Marshal Service received the paperwork requesting defendant's return for sentencing on about May 2, 2008, and that the

Marshal Service's personnel have informed the parties that they do not have adequate time to obtain defendant's appearance at the sentencing hearing previously set for May 27, 2008, respectfully request that the Court approve a continuance of the sentencing date to accommodate the defendant's appearance at sentencing , to June 30, 2008 at 3:00 p.m. before the Honorable David A. Ezra.

DATED: Honolulu, Hawaii, May 12, 2008.

_____
Barry D. Edwards, attorney for
Albert Powell, III

_____
Chris A. Thomas,
Assistant United States Attorney

THE COURT SO FINDS,
APPROVED AND SO ORDERED:

Dated: Honolulu, Hawaii, _____.

MAY 2 1 2008

_____
DAVID A. EZRA
United States District Judge

U. S. v. Albert Powell, III, Cr. Nos. 03-00495 & 06-00066 DAE
STIPULATION TO CONTINUE SENTENCING AND ORDER

2