IN THE MATTER OF
CR. NO. 06-00066 AND
CR. NO. 03-00495-06 DAE
UNITED STATES OF AMERICA,
Plaintiff,
v.

AFFIDAVIT OF PUBLICATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2008

at __ o'clock and ___ min. __M.
SUE BEITIA, CLERK

STATE OF HAWAII } SS.
City and County of Honolulu }

Doc. Date: AUGUST 05, 2008    # Pages: 1
Notary Name: PATRICIA K. REESE    1ST JUDICIAL Circuit
Doc. Description: AFFIDAVIT OF PUBLICATION

[Notary Signature] 08/05/08
Notary Signature    Date

[Notary seal: PATRICIA K. REESE, NOTARY PUBLIC, Comm. No. 86-467, STATE OF HAWAII]

Rose Mae Rosales being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc. publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

Honolulu Star-Bulletin    3    times on:
07/18, 07/25, 08/01/2008

Midweek Wed.    0    times on:

Midweek Fri.    0    times on:

_____    times on:

And that affiant is not a party to or in any way interested in the above entitled matter.

[signature]
Rose Mae Rosales

Subscribed to and sworn before me this 5TH day
of August A.D. 2008
[signature]
Patricia K. Reese, Notary Public of the First Judicial Circuit, State of Hawaii
My commission expires: October 07, 2010

Ad # 0000052411    LN: _____

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII**

UNITED STATES OF AMERICA, Plaintiff, v. ALBERT POWELL, III, Defendant. Cr. No. 06-00066 and Cr. No. 03-00495-06 DAE.

NOTICE IS HEREBY GIVEN that on June 30, 2008, in the above-captioned case, the United States District Court for the District of Hawaii entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Albert Powell, III, in the below listed property and condemning and forfeiting the property to the United States of America:

Twelve Thousand Dollars ($12,000.00) in United States Currency.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the United States Attorney General may direct. Pursuant to 21 U.S.C. § 853, neither a defendant in the above case nor his agent is entitled to file a petition. If you have a legal interest in this property, within thirty (30) days of the final publication of this notice or of receipt of actual notice, whichever is earlier, you must petition the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850, for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury. A copy of the petition should be served on Assistant United States Attorney, Rachel S. Moriyama, 300 Ala Moana Boulevard, Room 6-100, Honolulu, Hawaii 96850.

THE PETITION must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of your right, title and interest in the forfeited property, the time and circumstances of your acquisition of the right, title or interest in this property, and any additional facts supporting your claim and the relief sought pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United shall have clear title to the property and may warrant good any subsequent purchaser or transferee.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.
(SB52411 7/18, 7/25, 8/1/08)