**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 13 2008
at 8 o'clock and 55 min A M
SUE BEITIA, CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | Cr. No. 06-66/03-495 DAE |
| DEFENDANT | TYPE OF PROCESS |
| Albert Powell, III | Prelim Order of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rachel S. Moriyama, AUSA
300 Ala Moana Blvd., Rm 6-100
PJKK Federal Building
Honolulu, HI 96850

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Preliminary Order of Forfeiture for three (3) consecutive weeks in the Honolulu Star Bulletin and file proof of publication with the Court.

CATS No. 03-FBI-004361

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| La-Dell VanDeren | | 808-541-2850 | 7/3/2008 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk | Date 7/3/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/8/08   Time: 2:44 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Publication dates in the Honolulu Star-Bulletin:
07/18, 07/25, 08/01/2008

PRIOR EDITIONS MAY BE USED                    1. CLERK OF THE COURT                    FORM USM-285 (Rev. 12/15/80)

**INSTRUCTIONS FOR SERVICE OF
PROCESS BY THE U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

IN THE MATTER OF

CR. NO. 06-00066 AND

CR. NO. 03-00495-06 DAE

UNITED STATES OF AMERICA,

Plaintiff,

v.

}
}
}  AFFIDAVIT OF PUBLICATION
}
}
}

STATE OF HAWAII   }
                  } SS.
City and County of Honolulu }

Doc. Date: AUGUST 05, 2008    # Pages: 1
Notary Name: PATRICIA K. REESE   1ST JUDICIAL Circuit
Doc. Description: AFFIDAVIT OF PUBLICATION

Notary Signature: Patricia K. Reese    Date: 08/05/08

[Notary Seal: PATRICIA K. REESE, NOTARY PUBLIC, Comm. No. 86-467, STATE OF HAWAII]



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA, Plaintiff, v. ALBERT POWELL, III, Defendant. Cr. No. 06-00066 and Cr. No. 03-00495-06 DAE.

NOTICE IS HEREBY GIVEN that on June 30, 2008, in the above-captioned case, the United States District Court for the District of Hawaii entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Albert Powell, III, in the below listed property and condemning and forfeiting the property to the United States of America:

Twelve Thousand Dollars ($12,000.00) in United States Currency.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the United States Attorney General may direct. Pursuant to 21 U.S.C. § 853, neither a defendant in the above case nor his agent is entitled to file a petition. If you have a legal interest in this property, within thirty (30) days of the final publication of this notice or of receipt of actual notice, whichever is earlier, you must petition the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850, for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury. A copy of the petition should be served on Assistant United States Attorney, Rachel S. Moriyama, 300 Ala Moana Boulevard, Room 6-100, Honolulu, Hawaii 96850.

THE PETITION must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of your right, title and interest in the forfeited property, the time and circumstances of your acquisition of the right, title or interest in this property, and any additional facts supporting your claim and the relief sought pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.
(SB52411 7/18, 7/25, 8/1/08)

Rose Mae Rosales being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc. publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

Honolulu Star-Bulletin    3    times on:
 07/18, 07/25, 08/01/2008

Midweek Wed.    0    times on:

Midweek Fri.    0    times on:

_____ times on:

_____

And that affiant is not a party to or in any way interested in the above entitled matter.

Rose Mae Rosales

Subscribed to and sworn before me this 5th day of August, A.D. 20 08

Patricia K. Reese, Notary Public of the First Judicial Circuit, State of Hawaii

My commission expires: October 07, 2010

[Notary Seal: PATRICIA K. REESE, NOTARY PUBLIC, Comm. No. 86-467, STATE OF HAWAII]

Ad # 0000052411                                            LN: _____